Reza Sina  (SBN 250428)
**SINA LAW GROUP**
107 West Valencia Avenue
Burbank, California 91502
Telephone: (310) 957-2057
Facsimile:  (425) 409-0763
reza@sinalawgroup.com

Attorneys for Plaintiff Arman Nahavandifar, DBA Luxury Motors of California on Behalf of Himself and All Others Similarly Situated

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAMAN NAHAVANDIFAR DBA LUXURY MOTORS OF CALIFORNIA, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DON RASMUSSEN COMPANY, a Oregon Corporation, DBA LAND ROVER OF PORTLAND; JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and Does 1-10, inclusive, <br><br> Defendants. | CASE NO.   2:15-cv-09315-DSF-SP <br><br> **Hon. Dale S. Fischer** <br><br> **NOTICE OF VOLUNTARILY DISMISSAL OF ENTIRE ACTION *WITHOUT* PREJUDICE** <br><br> (Fed. R. Civ. Pro. 41(a)) |

TO THE COURT AND ALL PARTIES:

Please take notice that, pursuant to Fed. Rules of Civ. Pro. Rule 41(a) and 23(e)(requiring Court approval for dismissal of *certified* class actions only), Plaintiff hereby dismisses this entire action *without prejudice*.

August 15, 2016                      SINA LAW GROUP


By:    /s/ Reza Sina
        Reza Sina, Attorney for Plaintiff

- 1 -

NOTICE OF VOLUNTARY DISMISSAL\